BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
Michael J. Barrie
Abbey Walsh
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:  (646) 593-7050
Facsimile:  (646) 755-3397

*Counsel to Fordham South Lender LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DS Fordham Landing 1 LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 26-22254-shl |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served the *Certificate of No Objection* [ECF No. 12] on May 15, 2026, by electronically filing same with the Clerk of the Court using the CM/ECF system.

Dated: May 18, 2026

 */s/ Abbey Walsh*
Abbey Walsh

28683055 v1